JOHN W. BECKER, Appellant, v. NEW PENN DEVELOPMENT CORPORATION, Respondent.— Motion· for reargument denied; motion for leave to appeal to

the Court of Appeals denied. Present — Taylor, P. J., Dowling, Harris, McCurn and Larkin, JJ. [See *ante*, p. 395.]